IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MBLAST, INC., <br><br>           Plaintiff, <br>   v. <br><br>AUGURE US INC., <br><br>           Defendant. | Case No. 2:16-cv-00045 <br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff mBLAST, Inc. ("mBLAST") files this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully shows the Court as follows:

Plaintiff mBLAST and Defendant Augure US Inc. hereby notify the Court that they have reached a settlement agreement in principle and are in the process of finalizing material terms of a settlement. The parties respectfully request that the Court stay all deadlines in this case up to and including March 28, 2016, by which time the parties expect to have executed a settlement agreement and to have jointly moved to dismiss the claims between them. This limited stay of deadlines is for good cause and so that justice may be served.

Dated: March 14, 2016.                                     Respectfully submitted,

                                                                   */s/ Todd M. Kennedy*
                                                                   Adam J. Gutride, Esq.
                                                                   Seth A. Safier, Esq.
                                                                   Todd Kennedy, Esq.
                                                                   Anthony J. Patek, Esq.
                                                                   Marie A. McCrary, Esq.
                                                                   100 Pine Street, Suite 1250
                                                                   San Francisco, California 94111
                                                                   Telephone: (415) 789-6390
                                                                   Facsimile: (415) 449-6469
                                                                   adam@gutridesafier.com

seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
State Bar No. 00783521
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff

*/s/ Neel Chatterjee* (with permission)
Neel Chatterjee
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
nchatterjee@orrick.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 14th day of March, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Todd M, Kennedy*
Todd M. Kennedy

2