# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MBLAST INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGURE US, INC., <br><br> Defendant. | Case No. 2:16-cv-0045-RWS |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff MBlast Inc. and defendant Augure US, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff MBlast Inc. against defendant Augure US, Inc., are hereby dismissed with prejudice, and all counterclaims are dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 18th day of March, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE