**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MBLAST INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGURE US, INC., <br><br> Defendant. | Case No. 2:16-cv-0045-RWS |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by MbLast, Inc. and Augure US, Inc., the Court hereby enters Final Judgment in the above matter.

IT IS HEREBY ORDERED that the above-entitled and numbered cause of action is DISMISSED WITH PREJUDICE. All costs are to be borne by the party incurring same.

All motions by either party not previously ruled on are hereby denied.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 18th day of March, 2016.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE